## RECONSIDERATION DOCKET

**94–2434.** Bloom v. McCoil. *Ottawa County,* No. 94–OT–018. Reported at 71 Ohio St.3d 1465, 644 N.E.2d 1387. On motion for reconsideration. Motion denied.

DOUGLAS and COOK, JJ., dissent.